TO:  DOCKET CLERK

**24-00105**

__ *MAGISTRATE CASE NUMBER*

**SECT.DMAG.1**

OR

_X_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME:  RYAN J. HARRIS a/k/a Red,

JOVANNA R. GARDNER

Initials: nml


If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you