MINUTE ENTRY
VITTER, J.
MAY 20, 2024
JS10, 0:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS & JOVANNA GARDNER | SECTION: D (1) |

## MINUTE ENTRY AND ORDER

On May 20, 2024, at the Court's request, the Court held a Video Status Conference in this matter.

**PRESENT:**

**Christopher James Murell**
Counsel for Defendant Ryan Harris

**Graham Leaming Bosworth**
Counsel for Defendant Jovanna Gardner

**Matthew Richard Payne, Brian M. Klebba & Jeffrey Ryan McLaren**
Counsel for the Government

During the conference, the Court discussed with counsel the status of the case and the Consent Motion for a Protective Order Governing Use of Protected Material (R. Doc. 29).

**IT IS HEREBY ORDERED** that the Consent Motion for a Protective Order Governing Use of Protected Material (R. Doc. 29) is **DENIED without prejudice**, for the reasons discussed during the Conference. The parties are to confer about the

changes to the Protective Order discussed during the Conference and refile the Motion.

New Orleans, Louisiana, May 21, 2024.

_____
**WENDY B. VITTER**
**United States District Judge**