UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS   &<br>JOVANNA GARDNER | SECTION: D (1) |

## ORDER

Before the Court is a Motion to Continue the Pre-Trial Conference and Trial filed by the United States of America (R. Doc. 41).  The Defendants, Ryan Harris and Jovanna Gardner, do not oppose the granting of this Motion.  The Government avers that a continuance is necessary to allow for additional discovery in this matter.

Finding good cause, the Court therefore **GRANTS** the Motion and **CONTINUES** the pretrial conference and trial.

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that failure to grant the requested continuance in this case could result in a miscarriage of justice.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), that the failure to grant such a

continuance would deny the parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

As such, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

**IT IS HEREBY ORDERED** that the pretrial conference previously set for Wednesday, June 26, 2024 at 10:00 a.m. is **RESET** for **Wednesday, October 2, 2024** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the trial in this matter currently set to commence on Monday, July 15, 2024 is **CONTINUED** to **Monday, October 21, 2024**.

New Orleans, Louisiana, June 17, 2024.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**