UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-105** |
| **RYAN J HARRIS a/k/a Red Harris**<br>**JOVANNA R GARDNER** | **SECTION: "D"** |
| | **VIOLATIONS: 18:1349,**<br>**18:1512(k), 18:1512(a)(1)(C),**<br>**18:1512(a)(3)(A), 18:2,**<br>**18:1513(a)(1)(B)**<br>**and 18:1513(a)(2)(A)** |

### NOTICE OF TRIAL AND PRETRIAL CONFERENCE
(previously set for 7/15/24)

Take notice that this criminal case has been **reset** for **TRIAL** on **OCTOBER 21, 2024, at**

**9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans,

LA 70130.  A FINAL PRETRIAL CONFERENCE will be held on **October 2, 2024, at 10:00**

**a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL**
**IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION**
**AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  June 18, 2024

TO: **RYAN J HARRIS- (CUSTODY)**

**Counsel for Defendant- Ryan Harris:**
Christopher Murell, Esq.- CJA-
chris@murell.law

**JOVANNA R GARDNER- (CUSTODY)**

**Counsel for Defendant- Jovann Gardner:**
Graham Bosworth, Esq.- CJA-
gbosworth@bosworthtown.com

**If you change address,**
**notify clerk of court**
**by phone, 504-589-7708**

CAROL L. MICHEL, CLERK
by:  Melissa Verdun, Deputy Clerk

AUSA: Matthew Payne, Brian Klebba, and Jeffrey
McLaren

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Special Agent Michael Heimbach**