UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO.: 24-105 |
| RYAN J. HARRIS ET AL | * | JUDGE WENDY B. VITTER |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**MOTION TO FILE UNDER SEAL DEFENDANT'S EX PARTE MOTION FOR SUPPLEMENTAL FUNDING FOR AN EXPERT**

NOW INTO COURT, through undersigned counsel, comes Ryan Harris, who respectfully requests an order from this Honorable Court allowing Mr. Harris to file a request for supplemental expert funding under seal.

**1.**

In an indictment handed up on May 3, 2024, Mr. Harris with: (1) conspiracy to commit mail and wire fraud; (2) conspiracy to commit witness tampering through murder; (3) witness tampering through murder; (4) conspiracy to retaliate against a witness through murder; and (5) retaliation through a witness through murder. R. Doc. 1.

**2.**

Undersigned counsel is appointed to represent Mr. Harris through the CJA Panel. R. Doc. 20.

**3.**

As outlined in Mr. Harris' *Ex Parte Motion for Supplemental Funds for an Expert*, the defense has identified a certain expert "integral to building an effective defense" to these charges. *Ake v. Oklahoma*, 470 U.S. 68, 77 (1985).

**4.**

The Criminal Justice Act states the proper method for such funding requests is an *ex parte* filing. Otherwise, the defendant and Government would be on constitutionally unequal footing—the Government certainly need not alert the defense when they wish to seek and pay for expert assistance and why they seek that expert as part of their trial preparation strategy. *See* 18 U.S.C. §3006A(e)(1) ("Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an *ex parte* application.").

**5.**

Hence, Mr. Harris respectfully requests that this Court allow him to file his *Ex Parte Motion for Supplemental Funds for an Expert* under seal.

Respectfully submitted,

  *Christopher J, Murell*  
Christopher J. Murell (#32075)  
MURELL LAW FIRM  
2831 St. Claude Ave.  
New Orleans, LA 70117  
(504) 717-1297 (P)  
chris@murell.law

**Certificate of Service**

I hereby certify that on this the 8th day of August, 2024, I filed the following motion in-person with the Clerk of Court for the Eastern District of Louisiana as is policy in this District for motions requesting permission to file pleadings under seal.

      *Christopher J, Murell*
CHRISTOPHER J. MURELL