PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT

Matter Sealed: ☐ Juvenile  ☒ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment / Information  ☐ Defendant Added  ☐ Charges/Counts Added

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** E. WAGUESPACK
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** MATTHEW R. PAYNE

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
SPECIAL AGENT MICHAEL HEIMBACH, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____
MAG. JUDGE CASE NO. _____

**Place of offense:** NEW ORLEANS   County: ORLEANS

---

**CASE NO.** _____

**USA vs.**
**Defendant:** RYAN J. HARRIS a/k/a "Red"

**Address:** Through His Attorney:
Christopher J. Murell
Murell Law Firm
2831 St. Claude Ave.
New Orleans, LA 70117

☐ Interpreter Required   Dialect: _____

**Birth Date:** 1988
☒ Male  ☐ Female
☐ Alien (if applicable)

**Social Security Number:** xxx-xx-7781

### DEFENDANT

**Issue:** ☒ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Christopher Murell
☐ FPD  ☒ CJA  ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 4 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C. §§ 2; 1512(a)(1)(C) and (a)(3)(A) | Witness Tampering Through Murder | 8 |
| 4 | 18 U.S.C. §§ 2; 1513(a)(1)(B) and (a)(2)(A) | Retaliation Against a Witness Through Murder | 9 |
| 4 | 18 U.S.C. §§ 2 & 924(j)(1) | Causing Death Through Use of a Firearm | 10 |