PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 24-105 "D"(1) |
| Matter Sealed: ☐ Juvenile ☑ Other than Juvenile<br>☐ Pre-Indictment Plea ☑ Superseding ☑ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: SEAN D. ALFORTISH<br>Address: [redacted] |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  EASTERN<br>DISTRICT OF LOUISIANA  Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM<br>E. WAGUESPACK<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3081 | ☐ Interpreter Required  Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned)  MATTHEW R. PAYNE | Birth Date 1967  ☑ Male ☐ Female  ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>S/A MICHAEL HEIMBACH, FBI | Social Security Number xxx-xx-3740 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| | Issue: ☑ Warrant ☐ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>☐ Writ Required |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)  SHOW DOCKET NO. | ☐ Currently on bond<br>☐ Fugitive |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under  MAG. JUDGE CASE NO. | Defense Counsel (if any): Matthew Chester<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense  New Orleans  County Orleans Parish | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts  3  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., §§ 1503(a) and 2 | Obstruction of Justice | 3 |
| 4 | 18 U.S.C., §§ 1512(b)(1) and 2 | Witness Tampering | 4 |