PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☑ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** E. WAGUESPACK
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3081

**Name of Asst. U.S. Attorney (if assigned):** MATTHEW R. PAYNE

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
S/A MICHAEL HEIMBACH, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** New Orleans  **County:** Orleans Parish

---

**CASE NO.** 24-105 "D"(1)

**USA vs.**
**Defendant:** JASON F. GILES

**Address:** Through His Attorney:
David Courcelle
Law Office of David I. Courcelle, LLC
Executive Tower
3500 N. Causeway Blvd., #185
Metairie, LA 70002

☐ Interpreter Required  Dialect: _____

**Birth Date:** 1979    ☑ Male  ☐ Female    ☐ Alien (if applicable)

**Social Security Number:** XXX-XX-0797

### DEFENDANT

**Issue:** ☐ Warrant  ☑ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** David Courcelle
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts:** 4  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., §§ 1341 and 2 | Mail Fraud | 2 |
| 4 | 18 U.S.C., §§ 1503(a) and 2 | Obstruction of Justice | 5 |
| 4 | 18 U.S.C., §§ 1512(b)(1) and 2 | Witness Tampering | 6 |