PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile

☐ Pre-Indictment Plea  ☑ Superseding  ☑ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **EASTERN**
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM  **E. WAGUESPACK**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3081

Name of Asst. U.S. Attorney (if assigned)  MATTHEW R. PAYNE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
S/A MICHAEL HEIMBACH, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense  New Orleans  County Orleans Parish

CASE NO. 24-105 "D"(1)

USA vs.

Defendant: THE KING LAW FIRM

Address:
Through its Attorney:
David Courcelle
Law Office of David I. Courcelle, LLC
Executive Tower
3500 N. Causeway Blvd., #185
Metairie, LA 70002

☐ Interpreter Required  Dialect: _____

Birth Date _____
☐ Male  ☐ Alien (if applicable)
☐ Female

Social Security Number  XXX-XX-_____

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): David Courcelle

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., §§ 1341 and 2 | Mail Fraud | 2 |
| 4 | 18 U.S.C., §§ 1503(a) and 2 | Obstruction of Justice | 5 |
| 4 | 18 U.S.C., §§ 1512(b)(1) and 2 | Witness Tampering | 6 |
| | | | |