PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 24-105 "D"(1)

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☑ Defendant Added  ☐ Charges/Counts Added Information

USA vs.
Defendant: DIAMINIKE F. STALBERT

Address: Through Her Attorney:
Alex Lambert
Alex D. Lambert, APLC
631 St. Charles Ave.
New Orleans, LA 70130

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: E. WAGUESPACK
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3081

Name of Asst. U.S. Attorney (if assigned): MATTHEW R. PAYNE

☐ Interpreter Required   Dialect: _____

Birth Date: 1990
☐ Male  ☑ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-5255

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
S/A MICHAEL HEIMBACH, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: New Orleans   County: Orleans Parish

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Alex Lambert
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., § 1001(a)(2) | Making False Statements to Federal Agents | 7 |