

TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER

OR

X  NO MAGISTRATE PAPERS WERE FOUND

for

NAME:  RYAN J. HARRIS aka: "Red"; Sean D. Alfortish: Vanessa Motta; Motta Law, LLC; Jason F. Giles; The King Firm, LLC; Leon M. Parker aka: "Chunky" Diaminike F. Stalbert; Carl G. Morgan; Timara N. Lawrence

Initials: amm

If you receive this note without any initials, please return the entire packet to criminal desk .

Thank you