MINUTE ENTRY
VITTER, J.
JANUARY 16, 2025
JS10:  1:11

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                      **NO. 24-105**

**RYAN J. HARRIS**                              **SECTION "D"**

### RE-ARRAIGNMENT

Courtroom Deputy:      Melissa Verdun
Court Reporter:        Alexis Vice
Law Clerk:             Frances Ledson

APPEARANCES:   Matthew Payne and Brian Klebba, Asst. U. S. Attorneys
               Christopher Murell, Counsel for Defendant
               Shalita Morgan, U. S. Probation Officer
               Ryan J. Harris, Defendant

Court begins at 9:00 a.m.
Case called; all present and ready.
Defendant sworn and questioned by the Court.
Reading of the Superseding Bill of Information waived by the defendant.
Government advises of plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C).
Court advises Defendant of rights under Rule 11(c)(1)(C) plea agreement.
Defendant informed of maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant informed of constitutional rights pursuant to Fed. R. Crim. P. 11, including right to trial by jury or by the court and waives same.
Counsel for defendant questioned by the Court.
Government summarizes the factual basis.
Government submits the factual basis to the court and same is filed.
Defendant admits to the correctness of the factual basis.
Defendant pleads Guilty as to Counts 1, 2 and 3 of the Superseding Bill of Information.
Court finds the plea knowingly and voluntarily entered.

CR 24-105 "D"
Page 2- Rearraignment Minutes
January 16, 2025

Plea accepted and defendant is ADJUDGED GUILTY on pleas of guilty as to Counts 1, 2 and 3 of the Superseding Bill of Information contingent on the Court accepting the plea agreement.

Pursuant to Fed. R. Crim. P. 11(c)(3)(A), the Court **DEFERS** accepting or rejecting the plea agreement until the Court has reviewed the defendant's presentence report as stated on the record.

Pre-sentence investigation ORDERED.

Sentencing is set for **TUESDAY, SEPTEMBER 23, 2025, at 9:00 A.M.**

**IT IS ORDERED** that the pretrial conference and trial dates as to this defendant only are continued without date.

Defendant is remanded to the custody of the U.S. Marshal pending sentencing.

Court adjourned at 10:11 a.m.