MINUTE ENTRY
NORTH, M.J.
JANUARY 15, 2025

*Court reporter:*
*Toni Tusa*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL

VERSUS

NO. 24-105

RYAN J. HARRIS

SECTION: D

### CRIMINAL ARRAIGNMENT

APPEARANCES:    X   DEFENDANT

     X   COUNSEL FOR DEFENDANT  CHRISTOPHER J. MURRELL

     X   ASSISTANT U.S. ATTORNEY  BRIAN M. KLEBBA

      INTERPRETER           SWORN

      (TIME:     .M  to   .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE SUPERSEDING INFORMATION: READ WAIVED (SUMMARIZED)

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL
PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO
THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO
TIMELY.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ BAIL SET AT _____

X / OTHER: *Waiver of indictment executed*

**NOTICE:** X / PRE-TRIAL CONFERENCE: **FEBRUARY 28, 2025 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

 X / TRIAL: **MARCH 17, 2025 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

MJSTAR: 00: **03**