AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

UNITED STATES OF AMERICA
v.
RYAN J. HARRIS
*Defendant*

Case No. 24-cr-105

Section "D"(1)

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/15/2025

*Defendant's signature*

*Signature of defendant's attorney*

Christopher Murell
*Printed name of defendant's attorney*

*Judge's signature*

Michael B. North, Chief United States Magistrate Judge
*Judge's printed name and title*