UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH**, *et al.* | * | |

* * *

**O R D E R**

Considering the foregoing Motion to File Under Seal Government's Motion and Incorporated Memorandum in Support of its Motion for a Status Conference Concerning Local Criminal Rule 53.3(F), and for the reasons stated in the accompanying pleading,

**IT IS ORDERED** that the Government's motion is hereby **GRANTED**. The Government's pleading and accompanying exhibits are hereby ordered to be filed under seal.

New Orleans, Louisiana, this _____ day of March, 2025.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE