UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH,** *et al.* | * | |
| * * * | | |

**GOVERNMENT'S MOTION TO ADMIT STATEMENTS
UNDER THE FORFEITURE BY WRONGDOING EXCEPTION**

**NOW COMES,** the United States of America, through the undersigned attorney, who respectfully moves this Honorable Court to admit statements under the forfeiture by wrongdoing exception, for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          /s/ *Matthew R. Payne*
                                          MATTHEW R. PAYNE
                                          Assistant United States Attorney