UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH**, *et al.* | * | |

* * *

**O R D E R**

Considering the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception, accordingly,

**IT IS ORDERED** that the government's motion is **GRANTED.** The prior statements of Cornelius Garrison made to law enforcement agents and others are admissible against Sean D. Alfortish, Vanessa Motta, Motta Law, LLC, and Leon M. Parker under the hearsay exception for forfeiture by wrongdoing. This ruling solely concerns admissibility of Garrison's statements under the rules excluding hearsay, and it does not address any other bases for admissibility.

New Orleans, Louisiana this _____ day of _____, 2025.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE