# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH,** *et al.* | * | |
| * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception before the Honorable Wendy B. Vitter, United States District Judge, on the **6th day of May, 2025, at 1:30 p.m.**

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/ *Matthew R. Payne*
                                            MATTHEW R. PAYNE
                                            Assistant United States Attorney