

# THE KING FIRM

**Attorneys:**

Jason Giles

**Phone:**
**Fax:**

**Writer's email:**

January 21, 2016

State Farm Mutual Automobile Insurance Company
Via fax

Re:    Underinsured Motorist Claim Notice
       Our client / your insured    Leon Parker,

       Accident date    January 17, 2016
       Claim #

Dear State Farm,

Please allow this to confirm our representation of the above clients in this matter.

Your UM insureds were injured in an accident on the referenced date. We are notifying you of a UM claim against your company.

We are in the process of gathering all documents necessary to substantiate this claim and will forward same to your office in a timely manner. Also, we hereby request that you send us copies of any written, oral, recorded and/or transcribed statements of our clients within twenty (20) days of your receipt of this letter, as required by law. If a statement is obtained in the future, we request that a copy be provided to us within twenty (20) days of the date it is taken. Please consider this a continuing demand.

In addition, please acknowledge our representation in writing and confirm the coverage and limits in effect on the date of this accident.

We ask that you (1) confirm or deny UM coverage in writing, (2) confirm there has been no lapse or reinstatement of coverage resulting in a new policy, and (3) confirm that the identical policy numbers appear on the policy in effect, and on any form allegedly rejecting UM or selecting lower limits.

Please do not contact our client under any circumstances.

Sincerely,

/s/Jason Giles
**Jason Giles**

**GOVERNMENT EXHIBIT A**

New Orleans, Louisiana 70119

24c1602121215WPSD4WLB Received 1/21/2016 5:02:26 PM [Eastern Standard Time]

US-072-00173581