

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   02/19/2020

CORNELIUS GARRISON (GARRISON) was interviewed at the United States Attorney's Office located at 650 Poydras Street, New Orleans, Louisiana 70130. Also present were GARRISON's defense counsel, CLAUDE KELLY, Assistant United States Attorneys Brian Klebba, Edward Rivera, Shirin Hakimzadeh, Jared Hasten, and Forensic Accountant Josephine Beninati. After being advised of the identity of the interviewing Agents and the nature of the interview, GARRISON provided the following information:

On March 23, 2010, GARRISON was in a staged accident as a participant. He received less than $10,000 in the settlement. ▓▓▓▓▓▓▓▓, the Attorney representing him for that accident, knew it was staged.

GARRISON was driving the plaintiff vehicle for the October 2015 accident with a Hotard bus. After causing the accident, GARRISON switched to another seat in the vehicle. GARRISON met the owner of the vehicle through an acquaintance. GARRISON decided to be a participant in the accident for the settlement money and was also paid $600. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ found the other participants and set up the accident. The other participants knew they were going to be in a staged accident. GARRISON recognized the other participants by photo, but not name. The participants were supposed to all go to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for representation, but some went to ▓▓▓▓▓▓▓. ▓▓▓▓ knew the accident was staged because ▓▓ had previously worked with ▓▓▓▓▓ on other accidents.

GARRISON was injured in the accident and was diagnosed with a pinched nerve. As a result, he had to keep his arm elevated, which caused him to have trouble sleeping. SEAN ALFORTISH (ALFORTISH) told GARRISON he would receive a larger settlement if he had surgery, which was a factor, but GARRISON felt he needed the surgery. GARRISON was told the surgery was $250,000 to $300,000. The surgery was financed, but GARRISON was not sure how. He was supposed to get $1.2M but did not want to go to trial in federal

**GOVERNMENT EXHIBIT E**

Investigation on  01/24/2020  at  New Orleans, Louisiana, United States (In Person)

File # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                        Date drafted   02/03/2020

by  Matthew P. Smith, BROWN BRANDON PIERRE, Robert G. Orvin II, Paul J. DuPlessis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Interview of CORNELIUS GARRISON on 1/24/2020 , On 01/24/2020 , Page 2 of 2

court. He was awarded a settlement of $650,000, but only received $100,000 after fees and medical costs. He spoke with MOTTA and ALFORTISH about getting such a relatively small amount. GARRISON received his portion of the settlement via check from MOTTA, which he deposited.

GARRISON switched from ▌▌▌▌ to ALFORTISH because he felt ▌▌▌▌ was taking too long with the case. ▌▌▌▌ recommended ALFORTISH to GARRISON. At the time, GARRISON believed ALFORTISH was an Attorney. GARRISON met VANESSA MOTTA (MOTTA) weeks after ALFORTISH. GARRISON believed ALFORTISH brought MOTTA onboard because he had too many clients. GARRISON also met ▌▌▌▌.

GARRISON primarily dealt with MOTTA on the case. ▌▌▌▌.

When GARRISON first met MOTTA and ALFORTISH, their relationship was only professional, but it became romantic over time.

GARRISON believed MOTTA knew accidents were staged because there were so many.

▌▌▌▌ worked with ▌▌▌▌ to stage accidents and knew ALFORTISH. ▌▌▌▌ was "built", had a beard, was about 5'8", had dark skin, and was about 37 years old when he died.

▌▌▌▌.

GARRISON called ALFORTISH on January 23, 2020. ALFORTISH told GARRISON to call MOTTA at ▌▌▌▌. MOTTA told GARRISON the deposition scheduled for February 4, 2020, was being pushed back ▌▌▌▌. GARRISON's phone carrier was Simple Mobile.