off



FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/13/2019

CORNELIUS GARRISON (GARRISON), ▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, was interviewed at New Orleans Police Department Special Operations Division. Also present was Louisiana State Police Investigator Jason Gagliano. After being advised of the identity of the interviewing Agents and the nature of the interview, GARRISON provided the following information:

GARRISON read and signed the FD-395 Advice of Rights form.

In or about 2006 or 2007 Attorneys ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wanted someone to stage accidents for them. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was facilitating staged accidents for them at the time and introduced GARRISON to them so he could facilitate staged accidents. ▮▮▮▮▮▮ paid GARRISON $1,000 per person involved in a staged accident. ▮▮▮▮▮▮ was shot about two years ago.

The Attorneys would meet GARRISON at different restaurants to discuss the details for the staged accidents. For example, an Attorney would tell GARRISON they had $300,000 set aside for him to create accidents at $1,000 per person. GARRISON communicated with the Attorneys via text messages and telephone calls. GARRISON was paid after the accident by check, initially, but mostly in cash. GARRISON cashed the checks at the bank where the checks were issued. GARRISON also received Christmas bonuses in amounts around $25,000 or $35,000.

GARRISON always drove in his accidents because it was potentially dangerous if someone did not know how to do them correctly. GARRISON did not know any other persons who staged accidents for plaintiff attorneys. The area where he staged accidents was on I-10 from Slidell, Louisiana, to Baton Rouge, Louisiana. He selected trucks to hit that were changing lanes

**GOVERNMENT EXHIBIT F**

Investigation on  10/30/2019  at  New Orleans, Louisiana, United States (In Person)

File #  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     Date drafted  10/31/2019

by  Matthew P. Smith, Robert G. Orvin II

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

repeatedly. Then once they completed their lane change he would hit them in their blind spot.

GARRISON drove participant patients to a Doctor in Metairie, Louisiana, who was a Chiropractor or a Surgeon, but GARRISON did not remember his name.

GARRISON was still in contact with ▮▮▮▮▮. THE KING FIRM was the most dangerous group involved in staged accidents because they were "connected to the streets." JASON GILES was the main Attorney involved at the firm, ▮▮▮▮▮.

GARRISON did stage accidents for SEAN ALFORTISH (ALFORTISH). GARRISON was shown a photograph of ALFORTISH and recognized him. VANESSA MOTTA (MOTTA) did not know the accidents were staged. GARRISON did not stage accidents for ▮▮▮▮▮; GARRISON disliked ▮▮▮▮▮.

Attorneys from Seattle, Washington, and Denver, Colorado, put a lot of money into staging accidents in Louisiana. ▮▮▮▮▮ from Colorado was a major financier. The staged accident scheme was too hot in Louisiana so they wanted GARRISON to go to Colorado to facilitate staged accidents. ▮▮▮▮▮, late 30's, was an associate of ▮▮▮▮▮ who flew to New Orleans to meet GARRISON, then they both flew to Denver, CO. GARRISON was offered $3,000 per person to facilitate staged accidents. GARRISON declined the offer because Colorado was too cold for him.

About five months ago an Attorney from Houston, Texas, asked GARRISON to facilitate staged accidents for him.

Two people were killed in Seattle, Washington, about two years ago because they talked about the staged accident scheme.

GARRISON signed an FD-26 Consent to Search form for his Samsung Galaxy Note telephone.