| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

## HEADER

**Source ID:** ▮
**Date:** 02/20/2020
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

## SOURCE REPORTING

**Date of Contact:** 02/04/2020

**List all present including yourself (do not include the CHS):**
SA Matthew Smith

**Type of Contact:** Telephonic

**Date of Report:** 02/04/2020

**Substantive Case File Number**
▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS ran into a guy CHS knows "from the street" at a grocery store. The guy said, "please don't tell me you're working with them," referring to the government. CHS believed SEAN ALFORTISH was telling people CHS was cooperating.

CHS did not know the people in the accident the upcoming deposition was about.

**Synopsis:**
On 2/4/2020 CHS reported on SEAN ALFORTISH.


GOVERNMENT EXHIBIT K

## SIGNATURE

| Submitted By | mpsmith (SMITH, MATTHEW) | Thu, 20 Feb 2020 18:33:12 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Mon, 24 Feb 2020 14:17:51 -06:00 |