| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | ▮▮▮▮▮ |
| **Date:** | 02/20/2020 |
| **Case Agent Name:** | SMITH, MATTHEW P |
| **Field Office/Division:** | New Orleans |
| **Squad:** | Squad 4 |

### SOURCE REPORTING

**Date of Contact:**    02/10/2020

**List all present including yourself (do not include the CHS):**
SA Matthew Smith

**Type of Contact:**    Telephonic

**Date of Report:**    02/10/2020

**Substantive Case File Number**

▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
SEAN ALFORTISH called CHS and asked CHS about VANESSA MOTTA meeting with CHS's Attorney. ALFORTISH wanted to know what MOTTA and CHS's Attorney talked about. ALFORTISH seemed concerned.

**Synopsis:**

### SIGNATURE

| | | |
|---|---|---|
| Submitted By | mpsmith (SMITH, MATTHEW) | Thu, 20 Feb 2020 18:56:21 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Mon, 24 Feb 2020 14:21:50 -06:00 |

**GOVERNMENT EXHIBIT**

**L**

US-072-00003360