UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| SEAN ALFORTISH AND LEON PARKER, ET AL. | * | SECT. D (1) |

\* \* \* \* \* \* \* \* \* \* \*

### MOTION TO CONTINUE TRIAL AND PRETRIAL DATES

NOW COME Defendants, Leon Parker and Sean Alfortish, through their respective undersigned counsel, and file this Motion to Continue the current trial date of September 8, 2025. As shown more fully in the Memorandum in Support of this Motion, Mr. Parker and Mr. Alfortish submit that the trial date of this case should be continued because of the complexity and seriousness of the case, and the voluminous discovery that has been produced. Should the Court decide to grant this Motion, these Defendants request that a scheduling conference be held to select a new trial date in the Spring or Summer 2026.

For these reasons, and such others as shown in the Memorandum in Support of this Motion, Mr. Parker and Mr. Alfortish request that the Court continue the September 8, 2025, trial date and the associated pretrial conference date to new dates in Spring or Summer 2026.

    Respectfully submitted:

    /s/ Stephen J. Haedicke
    **STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
    Law Office of Stephen J. Haedicke, LLC
    1040 Saint Ferdinand St.
    New Orleans, LA  70117
    (504)291-6990 Telephone
    (504)291-6998 Fax
    Stephen@haedickelaw.com

    **Counsel for Leon Parker**

-AND-

/s/ Shaun G. Clarke
Murphy Ball Stratton LLP
1001 Fannin Street, Suite 720
Houston, TX 77002
713-858-1657
Email: sclarke@mbssmartlaw.com

**Counsel for Sean Alfortish**

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke