UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN J. HARRIS, *et al.* | SECTION D (1) |

### ORDER GOVERNING COURTROOM DURING TRIAL

**IT IS ORDERED** that the trial in the above-captioned case will be conducted in accordance with the following rules:

1. The trial of this matter will be open to the public.

2. With the exception of attorneys and federal law enforcement agents involved in the above-captioned case, <u>all</u> individuals shall be subject to an additional security screening prior to entering the courtroom.

3. Because the potential jurors will take up the entire courtroom, there will be an "overflow" courtroom available for the public, including the media, during the jury selection process. The overflow courtroom is C-316. The jury selection will be livestreamed to that overflow courtroom.

4. Once the trial begins, seating within the courtroom for the trial will be open to the public and media on a first come, first seated basis. There will not be any reserved seating.

5. With the exception of attorneys and federal law enforcement agents involved in the above-captioned case, there shall be NO audio or video recording of any portion of the proceedings.

6. With the exception of attorneys and federal law enforcement agents involved in the above-captioned case, no audio, video recording, or personal communication devices, including but not limited to cellular phones, Blackberrys, smart phones, smart watches, smart glasses, laptops, iPads, tablets, and personal digital assistants, shall be allowed in the courtroom. Credentialed media may use laptops in the courtroom as set forth in #8 below.

7. No information identifying jurors may be disseminated in any manner by anyone.

8. <u>Credentialed Media</u>: Members of the media must present their credentials to court security upon entering the courtroom. Credentialed media may have cell phones and use laptops in the courtroom (if the laptop is silent and does not disturb the proceedings); however, the media shall not use laptops for photography, audio, or video recordings. The prohibition against audio and video recording as set forth in #5 and prohibition regarding identification of jurors as set forth in #7 above applies to the media.

9. Any use of social media in the courtroom is prohibited.

10. This Order may be modified as necessary as the trial proceeds.

New Orleans, Louisiana, this 23rd day of February, 2026.

*Wendy B Vitter*
WENDY B. VITTER
United States District Judge